

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WESLEY FREEMAN SMALLWOOD, | § | No. 08-12-00215-CR |
| Appellant, | § | Appeal from the |
| v. | § | 196th District Court |
| THE STATE OF TEXAS, | § | of Hunt County, Texas |
| Appellee. | § | (TC#27738) |
| | § | |

# **O R D E R**

The Court has determined that State's Exhibit 10 designated in Reporter's Record Volume 5 is unrelated to the above-styled appeal. Therefore, the Court on its own motion ORDERS the Official Court Reporter for the 196th District Court of Hunt County, Texas, to prepare a supplemental reporter's record with the original State's Exhibit 10 (CD or DVD CAC forensic interview with complainant). The supplemental reporter's record is due with this Court on or before April 10, 2014. The Clerk of this Court will return the original exhibit to the Official Court Reporter for the 196th District Court of Hunt County, Texas after final disposition of this appeal.

IT IS SO ORDERED THIS 26TH DAY OF MARCH, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.